States for the District of Kentucky. James A. Scott and John B. O'Neal, for plaintiff in error. W. M. Smith, U. S. Atty. Dismissed for failure to print record.

THE G. R. BOOTH. (Circuit Court of Appeals, Second Circuit.) Questions of law certified to the supreme court of the United States. See 19 Sup. Ct. 9.

GRIFFIN v. KEENAN et al. (Circuit Court of Appeals, Eighth Circuit. October 3, 1898.) No. 1,153. Appeal from the Circuit Court of the United States for the District of Minnesota. James McHale and E. Southworth, for appellees. Docketed and dismissed, with costs, pursuant to the sixteenth rule, on motion of counsel for appellees.

HAGUE et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 25, 1897.) No. 61. Appeal from the Circuit Court of the United States for the Southern District of New York. Comstock & Brown, for appellants. Wallace Macfarlane, U. S. Atty. No opinion. Affirmed. See 73 Fed. 810.

HARVEY PEAK TIN MIN., MILL. & MFG. CO. v. FLETCHER. (Circuit Court of Appeals, Second Circuit. January 25, 1897.) Appeal from the Circuit Court of the United States for the Southern District of New York. Guggenheimer, Untermyer & Marshall, for appellant. David Wilcox, for appellee. Dismissed, pursuant to the sixteenth rule, for failure to docket.

HOLLAND et al. v. SONSMITH et al. (Circuit Court of Appeals, Sixth Circuit. October 8, 1898.) No. 19. Appeal from the Circuit Court of the United States for the Eastern District of Michigan. Harvey D. Goulder, for appellants. F. H. Canfield, for appellees. No opinion. Decree of circuit court reversed, and that of district court affirmed.

HOLMES, BOOTH & HAYDENS v. McGILL. (Circuit Court of Appeals, Second Circuit. May 6, 1897.) No. 139. In Error to the Circuit Court of the United States for the Southern District of New York. Ward, Hayden & Satterlee, for plaintiff in error. Atwater, Cruikshank, for defendant in error. No opinion. Affirmed.

H. W. JOHNS MFG. CO. v. ROBERTSON. (Circuit Court of Appeals, Second Circuit. November 16, 1896.) No. 20. Appeal from the Circuit Court of the United States for the Southern District of New York. Wetmore & Jenner, for appellant. Gallagher & Richards, for appellee. Dismissed on consent, pursuant to the twentieth rule. See 64 Fed. 234.

H. W. JOHNS MFG. CO. v. ROBERTSON. (Circuit Court of Appeals, Second Circuit. November 16, 1896.) No. 22. Appeal from the Circuit Court of the United States for the Southern District of New York. Wetmore & Jenner, for appellant. Gallagher & Richards, for appellee. Dismissed on consent, pursuant to the twentieth rule. See 64 Fed. 234.